UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED
JUN 5 2006
CLARENCE MADDOX

| | |
|---|---|
| RUDY LLOREDO and CHRISTOPHER WRIGHT, individually, and on behalf of all others similarly situated, | CASE NO. 04 20991-CIV-Hoeveler |
| Plaintiffs, | Judge:   Hon. William H. Hoeveler |
| vs. | |
| RADIOSHACK CORPORATION, | |
| Defendant. | |

### DEFENDANT RADIOSHACK CORPORATION'S MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF CHRISTOPHER A. WRIGHT

Pursuant to Federal Rule of Civil Procedure 56, Defendant RadioShack Corporation hereby moves for summary judgment against Plaintiff Christopher A. Wright ("Plaintiff") to establish, as a matter of law, that Plaintiff was properly designated and classified as exempt from overtime under the Fair Labor Standards Act ("FLSA"), and as such, is not entitled an award of overtime compensation.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, Separate Statement of Undisputed Facts, Joint Appendix of Exhibits, Joint Compendium of Authorities, and Declaration of James S. McNeill, which are incorporated herein in their entirety, Defendant respectfully requests the Court to grant its Motion for Summary Judgment against Plaintiff Christopher A. Wright.

///

///

///

///

Dated: June 2, 2006

Respectfully submitted,

/s/ *signature*

James S. McNeill, Esq. [SBN201663]
Robert S. Brewer, Jr., Esq. [SBN65294]
Ross H. Hyslop, Esq. [SBN149358]
Robert A. Cocchia, Esq. [SBN172315]
MCKENNA LONG & ALDRIDGE LLP
Suite 3300, Symphony Towers
750 B Street
San Diego, California 92101
Telephone:   619.595.5400
Facsimile:   619.595.5450

*and*

Mark E. Zelek
  Florida Bar No. 0667773
  mzelek@morganlewis.com
Brian D. Buckstein
  Florida Bar No. 0618934
  bbuckstein@morganlewis.com
Morgan, Lewis & Bockius LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2339
Telephone:   305.415.3303
Facsimile:   305.415.3001

Counsel for Defendant RadioShack Corporation

SD:22146678.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail this 5th day of June, 2006, on:

Stuart S. Mermelstein, Esq.
Herman & Mermelstein PA
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Fax: (305) 931-0877

Daniel K. Touhy, Esq.
Touhy & Touhy, Ltd.
161 North Clark Street, Ste, 2210
Chicago, IL 60601
Fax: (312) 456-3838

Robert W. Thompson, Esq.
Callahan, McCune & Willis, LLP
111 Fashion Lane
Tustin, CA 92780
Fax: (714) 730-1642

_____
Mark E. Zelek

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RUDY LLOREDO and CHRISTOPHER WRIGHT, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RADIOSHACK CORPORATION,<br><br>Defendant. | CASE NO. 04 20991-CIV-Hoeveler |

## ORDER

Having fully considered all briefing, submissions, and argument by the parties regarding Defendant RadioShack Corporation's Motion For Summary Judgment Against Plaintiff Christopher A. Wright, that motion is **GRANTED**. As a matter of law, Defendant has established that Plaintiff Christopher A. Wright, as a RadioShack "Y" Store Manager, had management as his primary duty, regularly and customarily directed the work of two or more subordinate employees, he was properly designated and classified as exempt from overtime under the Fair Labor Standards Act ("FLSA"), and as such, is not entitled an award of overtime compensation.

BY THE COURT

_____
Hon. William H. Hoeveler

SD:22146671 1