UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO: 04-20991-CIV-HOEVELER

RUDY LLOREDO and CHRISTOPHER WRIGHT, etc.,

    Plaintiff,

vs                               ORDER

RADIOSHACK CORPORATION,

    Defendant

---

On March 6, 2007, the parties filed their Joint Motion for an Order Granting Preliminary Approval of Settlement, Granting Approval of Settlement and Scheduling the Final Fairness Hearing. As it appears that this matter has reached resolution except for the final approval procedures, the Court will not need to rule on the pending motions filed prior to March 6, 2007. It is therefore,

ORDERED that the motions pending prior to the filing on March 6, 2007, of the Joint Motion referred to above, be and they are hereby denied as moot. In the event the posture of this cause should change and the settlement is not finalized, the Court will upon notice reinstate the previous motions filed if necessary.

DONE AND ORDERED in Chambers at Miami, Florida this 13th day of March, 2007.

                                          *[signature]*
                                  SR. UNITED STATES DISTRICT JUDGE

cc: Herman & Mermelstein, PA
    McKenna Long & Aldridge
    Touhy & Touhy, LTD
    Callahan, McCune & Willis
    Morgan Lewis & Bockius LLP