UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20991-CIV-HOEVELER

RUDY LLOREDO AND
CHRISTOPHER WRIGHT,
individually, and on behalf
of all others similarly situated,

      Plaintiffs,

v.

RADIOSHACK CORPORATION,

      Defendant.
_____/

## ORDER PRELIMINARILY APPROVING SETTLEMENT OF COLLECTIVE CLASS ACTION, PURSUANT TO 219 U.S.C. §216(b)

THIS CAUSE comes before the Court upon the parties' Joint Motion for an Order Granting Preliminary Approval of Settlement, filed March 6, 2007. The Court has reviewed the motion, and has determined that the proposed settlement agreement meets the applicable criteria for preliminary approval and that the proposed form of notice and plan for publication of that notice satisfy all applicable requirements. Thus, the Court hereby ORDERS that

    1. The proposed settlement between the Settlement Class and RadioShack appears, upon preliminary review, to have been reached as a result of arm's length negotiations by experienced counsel, and to be within the range of reasonableness

warranting providing notice to the Settlement Class Members and proceeding with a Final Fairness Hearing. In making this determination, the Court has considered the current posture of this litigation and the risks and benefits to the parties involved in both settlement of these claims and continuation of the litigation. Accordingly, the Court grants preliminary approval of the Settlement Agreement. The settlement will be submitted to Settlement Class Members for their consideration and for a hearing.

2. The Court has considered the proposed forms of Notice and the publication plan submitted with the Motion and finds that the forms and manner of notice proposed by the parties and approved herein meet the requirements of due process, are the best notice practicable under the circumstances, constitute sufficient notice to all persons entitled to notice, and satisfy the Constitutional requirements of notice. Notice will be provided to Settlement Class Members substantially in the form of Exhibit N to the Settlement Agreement and in the manner outlined in the Settlement Agreement.

3. Garden City Group is appointed Claims Administrator, pursuant to the parties' request, and shall perform the duties outlined in the Settlement Agreement.

4. Within five (5) business days after the last court enters an order preliminarily approving the settlement and the parties have provided all applicable materials to the Claims Administrator, Class Counsel shall so advise the Court. The Court will thereafter enter an order setting a date and time for the Final Fairness Hearing, no sooner than 100 calendar days after all applicable materials are forwarded to the Claims Administrator.

5. At least five (5) business days before the Final Fairness Hearing, Class Counsel shall file a Motion for Final Approval of the Settlement and a Motion for

Attorneys' Fees and Expenses.

DONE AND ORDERED in Chambers in Miami this 19th day of March 2007.

WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished:
Jeffrey M. Herman
Ross Hyslop