# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RUDY LLOREDO and CHRISTOPHER PELKY, individually and on behalf of all others similarly situated, | Case No. 04-cv-20991 |
| | Judge: William H. Hoeveler |
| Plaintiff, | Collective Class Action [29 U.S.C. § 216(b)] |
| vs. | |
| RADIOSHACK CORPORATION, | |
| Defendant. | |

### PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT, CLASS REPRESENTATIVE PAYMENTS, FEE AWARD AND COSTS

Plaintiffs move for final approval of the proposed settlement, the proposed class representative incentive payments, and the proposed fee and cost award. In support of this motion, Plaintiffs incorporate the attached memorandum of law.

DATED: September 10, 2007

**HERMAN & MERMELSTEIN, P.A.**

By: /s/ Jeffrey M. Herman            .
    Attorneys for Plaintiffs

**TOUHY & TOUHY, LTD.**

By: /s/ Daniel K. Touhy              .
    Attorneys for Plaintiffs

**CALLAHAN, McCUNE & WILLIS, APLC**

By: /s/ Robert W. Thompson           .
    Attorneys for Plaintiffs