IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-20991-CIV-HOEVELER/KLEIN

| | |
|---|---|
| RUDY LLOREDO and CHRISTOPHER WRIGHT, individually, and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| RADIOSHACK CORPORATION, | ) ) |
| Defendant. | ) ) |

**PLAINTIFFS' UNOPPOSED MOTION TO SEAL
EXHIBITS TO AFFIDAVIT OF ROBERT THOMPSON, OR
IN THE ALTERNATIVE, TO SUBSTITUTE EXHIBITS
<u>WITH PRIVACY INFORMATION REDACTED</u>**

Plaintiffs, RUDY LLOREDO and CHRISTOPHER WRIGHT, individually, and on behalf of others similarly situated, by and through their undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and Local Rule 5.4, hereby file this Unopposed Motion to Seal Exhibits to Affidavit of Robert Thompson, or in the Alternative, to Substitute Exhibits with Privacy Information Redacted, and in support thereof, state as follows:

1. The Plaintiffs, in support of the Joint Motion for Approval of Settlement, filed the Affidavit of Robert Thompson with Exhibits attached.

2. This Affidavit was electronically filed as Document No. 155, on March 6, 2007.

3. It has come to the attention of Plaintiffs' counsel that Exhibits A, B, C2 and G attached to the Thompson Affidavit inadvertently contain privacy information (social security numbers) of the opt-in plaintiffs. This information is not necessary or pertinent to the Motion for Approval of Settlement.

4. In order to protect the privacy of the opt-in plaintiffs listed therein, it is necessary to seal the Exhibits A, B, C2 and G, or in the alternative, to allow Plaintiffs to substitute redacted Exhibits in the record which do not include the protected information.

5. Sealing Exhibits A2, B, C2 and G, or in the alternative, allowing the substitution of redacted Exhibits, would serve to preserve the public's right of access to the Court and to public information in the Court files, while protecting the opt-in Plaintiffs privacy information. See Brown v. Advantage Engineering, Inc., 960 F.2d 1013 (11th Cir. 1992).

6. It is requested that the seal sought in this Motion be in perpetuity to protect the privacy of the Plaintiffs' private information.

7. Plaintiffs' counsel has contacted Defendant's counsel regarding this Motion, and Defendant does not oppose the Motion.

WHEREFORE, Plaintiffs, RUDY LLOREDO and CHRISTOPHER WRIGHT, individually, and on behalf of others similarly situated, respectfully requests that this Court allow Plaintiffs to seal Exhibits A, B, C2 and G attached to the Affidavit of Robert Thompson, Document No. 155, such seal to be maintained in perpetuity, or in the alternative to substitute redacted Exhibits, and all other relief this Court deems just and appropriate.

Dated: September 12, 2007

    Respectfully submitted,

    HERMAN & MERMELSTEIN P.A.
    *Attorneys for Plaintiffs*
    18205 Biscayne Blvd.,
    Suite 2218
    Miami, Florida 33160
    www.hermanlaw.com
    Tel: 305-931-2200
    Fax: 305-931-0877

    By: /s/ Jeffrey M. Herman

- 3 -

                                                Jeffrey M. Herman
                                                jherman@hermanlaw.com
                                                Florida Bar No. 521647
                                                Stuart S. Mermelstein
                                                smermelstein@hermanlaw.com
                                                Florida Bar No. 947245
                                                Adam D. Horowitz
                                                ahorowitz@hermanlaw.com
                                                Florida Bar No. 376980

                                  and

| | |
|---|---|
| Daniel K. Touhy, Esq. | Robert Thomson, Esq. |
| James B. Zouras, Esq. | Lee Sherman, Esq. |
| Ryan F. Stephan, Esq. | *Co-counsel for Plaintiffs* |
| *Co-counsel for Plaintiffs* | CALLAHAN, MCCUNE & WILLIS |
| TOUHY & TOUHY, LTD. | 11 One Fashion Lane |
| 161 North Clark Street, Suite 2210 | Tustin, CA  92780 |
| Chicago, IL  60601 | Tel: 714-730-5700 |
| Tel: 312-372-2209 | Fax: 714-730-1642 |
| Fax: 312-456-3838 | |

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ Jeffrey M. Herman    .

**SERVICE LIST**
**Lloredo et al. v. RadioShack Corp.**
**CASE NO.: 04-20991-CIV-HOEVELLER**
**United States District Court, Southern District of Florida**

Robert S. Brewer, Jr., Esq. **(Via U.S. Mail)**
McKenna Long & Aldridge
Attorneys for Defendant
Suite 3300, Symphony Towers,
750 B Street, San Diego, CA  92101
Tel: (619) 595-5408
Fax: (619) 595-5450

Mark E. Zelek, **(Via ECF)**
Morgan, Lewis & Bockius, LLP,
Attorneys for Defendant
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
mzelek@morganlewis.com
Tel: (305) 415-3303
Fax: (305) 415-3001


              /s/ Jeffrey M.  Herman          .