UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20991-CIV-HOEVELER

RUDY LLOREDO AND
CHRISTOPHER WRIGHT,
individually, and on behalf
of all others similarly situated,

      Plaintiffs,

v.

RADIOSHACK CORPORATION,

      Defendant.

_____/

## ORDER GRANTING MOTION FOR FINAL APPROVAL OF SETTLEMENT, CLASS REPRESENTATIVE PAYMENTS, FEE AWARD AND COSTS

THIS CAUSE comes before the Court upon the Plaintiffs' Motion for Final Approval of Settlement, Class Representative Payments, Fee Award and Costs, filed September 10, 2007. This Court held a fairness hearing on this date, and has reviewed the motion and pertinent portions of the file. The Court notes that:

1. As required by this Court in its Preliminary Approval Order, notices of the proposed settlement were mailed by first-class mail, address service requested, to all class members who would be bound by the proposed settlement and whose addresses could be obtained with reasonable diligence, in accordance with the requirements of Fed. R. Civ. P. 23(e)(1)(B).

2. All class members have been provided with a sufficient opportunity to submit objections to the proposed settlement and participate in the final fairness

hearing, and all submissions and presentations by members of the class in this case have been given due consideration.

3. The Court has held a hearing to consider the fairness, reasonableness and adequacy of the proposed settlement, and has considered, *inter alia*, the complexity, expense and likely duration of the litigation; the reaction of the class to the proposed settlement; the stage of the proceedings and the amount of discovery completed; the risks of establishing liability and damages and maintaining the class through trial; the ability of RadioShack to withstand a greater judgment; and the range of reasonableness of the settlement in light of the best possible recovery and all the attendant risks of litigation.

4. The Court also has given significant weight to the belief of experienced counsel appointed to represent the interests of the class that the proposed settlement is in the best interest of the class.

5. The Court finds that the proposed settlement is not the product of collusion between the parties or their respective counsel, but rather was the result of bona fide, good faith, arm's length negotiations between experienced counsel after sufficient discovery was obtained.

6. A review of all relevant factors supports the proposed settlement, and the same is hereby approved and found to be, in all respects, fair, reasonable, adequate, and in the best interests of the class as a whole, in satisfaction of the requirements of Fed. R. Civ. P. 23(e)(1)(C).

7. The requested payments to the class representatives are found to be fair and reasonable in light of their efforts, and are hereby approved.

8. The requested reimbursement of costs to Class Counsel is found to be fair and reasonable, and is hereby approved.

9. The requested fee award is found to be fair and reasonable, and is approved, in light of the size of the settlement fund created and the number of persons benefitted; the absence of a substantial number of objections by members of the class to the proposed settlement and fees; the skill and efficiency of the attorneys involved; the complexity and duration of the litigation; the risk of nonpayment; the amount of time devoted to the case by Class Counsel; and awards in similar cases.

Based upon the above, it is

ORDERED AND ADJUDGED that the motion is GRANTED.

DONE AND ORDERED in Chambers in Miami this 17th day of September 2007.

*[signature]*
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT COURT JUDGE

Copies furnished:
counsel of record