IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-20991-CIV-HOEVELER/KLEIN

| | |
|---|---|
| RUDY LLOREDO and CHRISTOPHER WRIGHT, individually, and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| RADIOSHACK CORPORATION, | ) ) |
| Defendant. | ) ) |
| _____ | ) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiffs, Rudy Lloredo and Christopher Wright ("Plaintiffs") filed the above-entitled action in United States District Court for the Southern District of Florida on April 28, 2004;

WHEREAS, the parties reached a settlement of this matter as part of a global settlement of five separate actions involving RadioShack Corporation and;

WHEREAS, on September 17, 2007, the Court granted final approval of the settlement;

IT IS HEREBY STIPULATED between the parties that the action be dismissed with prejudice.

Dated: October 3, 2007

Respectfully submitted:

| | |
|---|---|
|    /s/ Jeffrey M. Herman             . | /s/  James McNeill             |
| Jeffrey M. Herman, Esq. | James McNeill, Esq. |
| Florida Bar No. 521647 | Co-Counsel for Defendant |
| Stuart S. Mermelstein, Esq. | McKENNA LONG & ALDRIDGE LLP |
| Florida Bar No. 947245 | Suite 3300, Symphony Towers |
| Adam D. Horowitz, Esq. | 750 B Street |
| Florida Bar No. 376980 | San Diego, California 92101 |
| HERMAN & MERMELSTEIN, P.A.. | Tel: 619.595.5400 |
| Counsel for Plaintiffs | Fax: 619.595.5450 |
| 18205 Biscayne Blvd., Suite 2218 | |
| Miami, FL  33160 | |
| Telephone:  305.931.2200 | |
| Facsimile:  305.931.0877 | |

Daniel K. Touhy, Esq.
Co-counsel for Plaintiffs
TOUHY & TOUHY, LTD.
161 North Clark Street, Suite 2210
Chicago, IL  60601
Tel: 312.372.2209
Fax: 312.456.3838

Robert Thomson, Esq.
Lee Sherman, Esq.
Co-counsel for Plaintiffs
CALLAHAN, MCCUNE & WILLIS
11 One Fashion Lane
Tustin, CA  92780
Tel: 714.730.5700
Fax: 714.730.1642

**IT IS SO ORDERED.**

**DATED:**

                                        _____
                                        **The Honorable William Hoeveler**