UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20991-CIV-HOEVELER

RUDY LLOREDO AND
CHRISTOPHER WRIGHT,
individually, and on behalf
of all others similarly situated,

    Plaintiffs,

v.

RADIOSHACK CORPORATION,

    Defendant.

_____/

### ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the parties' Stipulation for Dismissal with Prejudice, filed October 3, 2007. This Court entered an order approving the parties' settlement agreement on September 17, 2007. Based upon the above, it is

ORDERED AND ADJUDGED that this case be DISMISSED, with prejudice.

DONE AND ORDERED in Chambers in Miami this 16th day of October 2007.

/s/ William M. Hoeveler
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT COURT JUDGE

Copies furnished:
Jeffrey M. Herman
Mark E. Zelek